MEDINA LAW FIRM LLC
The Chrysler Building
405 Lexington Avenue
Seventh Floor
New York, NY 10174
Tel. (212) 404-1742
Fax. (888) 833-9534
*Attorneys for Plaintiffs*

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re: <br><br> JORGE L. PANEQUE AND BELKIS L. PANEQUE, <br><br> Joint Debtors. | CASE NO. 13-25816-DHS <br><br> Chapter 7 |
| ROBERT B. WASSERMAN, CHAPTER 7 TRUSTEE, <br><br> Plaintiff, <br><br> vs. <br><br> ESTATE OF BASILIO VILLARFAL and BMV INC., a New Jersey Corporation, <br><br> Defendants. | Adversary Proceeding No. 14-01894-DHS |

## STIPULATION EXTENDING TIME TO ANSWER

**IT IS HEREBY STIPULATED AND AGREED**, by and between Plaintiff, Robert B. Wasserman, as Chapter 7 Trustee of the Estate of Jorge L. Paneque and Belkis L. Paneque ("Plaintiff"), through his respective undersigned attorneys, that the date for defendants Estate of Villarreal and BMV, Inc. (collectively, "Defendants") to respond to the Plaintiff's Complaint is hereby extended through and including December 8, 2014.

{00020975 }    1

| | |
|---|---|
| WASSERMAN, JURISTA & STOLZ, P.C. | MEDINA LAW FIRM LLC |
| _(signature)_ | _(signature)_ |
| Leonard C. Walczyk, Esq. | Eric S. Medina, Esq. |
| 225 Milburn Avenue | The Chrysler Building |
| Suite 207 | 405 Lexington Avenue, 7th Floor |
| Millburn, NJ 07041 | New York, NY 10174 |
| Phone: 973-467-2700 | Telephone: (212) 404-1742 |
| Fax. 973-467-8126 | Facsimile: (888) 833-9534 |
| *Attorneys for Plaintiff* | *Attorneys for Defendants* |
| | |
| Dated: November 10, 2014 | Dated November 10, 2014 |